# United States Court of Appeals
## For the First Circuit

Nos. 04-2298, 04-2530

LIBERTY MUTUAL INSURANCE COMPANY,

Plaintiff, Appellee,

v.

GREENWICH INSURANCE COMPANY,

Defendant, Appellant.

ERRATA

The opinion of this Court, issued on August 4, 2005, should be amended as follows:

On page 7, line 8 of 2nd full paragraph, replace "issue" with "issued".

On page 9, line 6 of 2nd full paragraph, delete comma after schedule.

On page 9, line 8, replace "F.D.I.C." with "FDIC".